UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 SEP -3 AM 9:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>CARLOS RAFAEL ROSALES-ROMAN,<br><br>       Defendant. | CASE NO. 10CR2926-JLS<br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of the Indictment/Information: Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 2, 2010

               _____
               CATHY ANN BENCIVENGO
               UNITED STATES MAGISTRATE JUDGE